IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:11-00239 |
| ) | |
| v. ) | |
| ) | |
| JAMES MERIWEATHER ) | |
| a/k/a/ Choo Choo ) | |

## MOTION TO UNSEAL INDICTMENT

COMES NOW, the United States of America, to request the court to unseal the Indictment filed in the above captioned matter, on the grounds that the defendant was arrested today on the indictment.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney
Middle District of Tennessee

BY: /s/ Sunny A.M. Koshy
SUNNY A.M. KOSHY
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151

**ORDER:** The motion to unseal is granted.

_____
JULIET GRIFFIN
U.S. MAGISTRATE JUDGE